UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

People of the State of California ex rel.
Edmund G. Brown Jr., Attorney General of
the State of California.

Plaintiff(s),

v.

United States Food and Drug Administration,

Defendant(s).

No. C 08-02741 MEJ.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 17, 2008

Signature

Counsel for Plaintiff the People
(Plaintiff, Defendant or indicate "pro se")