EDMUND G. BROWN JR.
Attorney General of the State of California
JAMES HUMES
Chief Deputy Attorney General
J. MATTHEW RODRIQUEZ
Chief Assistant Attorney General
KEN ALEX
Senior Assistant Attorney General
EDWARD G. WEIL
Supervising Deputy Attorney General
State Bar No. 88302
LAURA J. ZUCKERMAN
Deputy Attorney General
State Bar No. 161896
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413
Telephone: 510-622-2174
Fax: 510-622-2270

Attorneys for Plaintiff People of the State of California
*ex rel.* Edmund G. Brown Jr., Attorney General of the
State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA** *ex rel.* **EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES FOOD AND DRUG ADMINISTRATION,**<br><br>Defendant. | Case No. C08-02741 MEJ<br><br>**PROOF OF SERVICE** |

I declare:

I am employed in the County of Alameda, State of California. I am a citizen of the United States, over the age of eighteen, and not a party to the within action. My business address is: 1515 Clay Street, 20th Floor, Oakland, CA 94612-0550.

///

1

Proof of Service

1   On June 17, 2008, I served the attached:

2   **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

3   by placing a true copy thereof enclosed in a sealed envelope with Federal Express, addressed as

4   follows:

5   Attorney General Michael Mukasey
    U.S. Department of Justice
6   950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001

7

    United States Attorney's Office
8   Civil Processing Clerk
    450 Golden Gate Avenue
9   11th Floor
    San Francisco, CA 94102
10

    United States Department of Health & Human
11  Services
    Office of the General Counsel
12  200 Independence Avenue, S.W.
    Room 713-F
13  Washington, D.C. 20201

14  Gerald Masoudi, Esq.
    Associate General Counsel
15  United States Food & Drug Administration
    U.S. Department of Health & Human Services
16  Food & Drug Division
    5600 Fishers Lane
17  Room 6-57
    Rockville, MD 20857
18
        I declare under penalty of perjury under the laws of the State of California the foregoing is
19
    true and correct and that this declaration was executed on June 17, 2008, at Oakland, California.
20
        RYAN MALLARD
21  _____           _____
              Declarant                              Signature
22

2

Proof of Service