| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 2 | KEN ALEX<br>Senior Assistant Attorney General |
| 3 | EDWARD G. WEIL<br>Supervising Deputy Attorney General |
| 4 | State Bar No. 88302<br>LAURA J. ZUCKERMAN |
| 5 | Deputy Attorney General<br>State Bar No. 161896 |
| 6 | 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 |
| 7 | Telephone: (510) 622-2174<br>Fax: (510) 622-2270 |
| 8 | laura.zuckerman@doj.ca.gov |
| 9 | Attorneys for People of the State of California *ex rel.*<br>Edmund G. Brown Jr., Attorney General of the State |
| 10 | of California |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA** *ex rel.* **EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**UNITED STATES FOOD & DRUG ADMINISTRATION,**<br><br>　　　　　　　　　　Defendant. | Case No.: C 08-02741 MEJ<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR *VAUGHN* INDEX**<br><br>Date:　October 2, 2008<br>Time:　10:00 a.m.<br>Place:　Courtroom B, 15th Floor<br>Judge:　Hon. Maria-Elena James |

TO DEFENDANT UNITED STATES FOOD & DRUG ADMINISTRATION AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 2, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, the People of the State of California, by and through Plaintiff Edmund G. Brown Jr., Attorney General of the State of California, will and hereby do move the Court for an

order requiring defendant to provide, within 21 days of the Court's order, a detailed justification for the allegation contained in its answer that the requested documents are exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §552, *as amended*, together with an itemized index of the documents withheld that are the subject of this suit, indicating in detail, with respect to each document or segregable portion thereof, the nature of the information contained in it and the justification for withholding it. *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1974). The grounds for this motion are more fully set forth in Plaintiff's Memorandum of Points and Authorities filed herewith. Plaintiff requests a hearing on this motion.

Dated:  August 13, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
KEN ALEX
Senior Assistant Attorney General
EDWARD G. WEIL
Supervising Deputy Attorney General


/S/ LAURA J. ZUCKERMAN


LAURA J. ZUCKERMAN
Deputy Attorney General

Attorneys for People of the State of California *ex rel*. Edmund G. Brown Jr., Attorney General of the State of California