1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | KEN ALEX
Senior Assistant Attorney General
3 | EDWARD G. WEIL
Supervising Deputy Attorney General
4 | State Bar No. 88302
LAURA J. ZUCKERMAN
5 | Deputy Attorney General
State Bar No. 161896
6 |   1515 Clay Street, 20th Floor
   Oakland, CA 94612
7 |   Telephone: (510) 622-2174
   Fax: (510) 622-2270
8 |   laura.zuckerman@doj.ca.gov

9 | Attorneys for People of the State of California *ex rel.*
Edmund G. Brown Jr., Attorney General of the State
10 | of California

11

                    IN THE UNITED STATES DISTRICT COURT
12
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO  DIVISION
14

15 | **PEOPLE OF THE STATE OF CALIFORNIA**          Case No.: C 08-02741 MEJ
   | *ex rel*. **EDMUND G. BROWN JR.,**
16 | **ATTORNEY GENERAL OF THE STATE OF**
   | **CALIFORNIA,**                               **[PROPOSED] ORDER GRANTING**
17 |                                                **PLAINTIFF'S MOTION FOR**
   |                          Plaintiff,            ***VAUGHN* INDEX**
18
   |              **v.**
19 |                                                Date:   October 2, 2008
   |                                                Time:   10:00 a.m.
20 | **UNITED STATES FOOD & DRUG**                  Place:  Courtroom B, 15th Floor
   | **ADMINISTRATION,**                            Judge:  Hon. Maria-Elena James
21 |                          Defendant.

22

23 |        This Court having considered the papers and arguments submitted in connection with

24 | Plaintiff's Motion for a *Vaughn* Index, and the record in this case, and good cause appearing,

25 |        IT IS HEREBY ORDERED as follows:

26 |        Plaintiff's Motion for a *Vaughn* Index is GRANTED.  Defendant the United States Food

27 | and Drug Administration shall serve and file a *Vaughn* index no later than 21 days from the date

28 | of this Order.  The index shall consist of an itemized index of all those documents withheld that

PROPOSED ORDER GRANTING MOTION FOR *VAUGHN* INDEX - C08-02741 MEJ

1

1   are the subject of this suit, indicating in detail, with respect to each document or segregable

2   portion thereof, the nature of the information contained in it and the justification for withholding

3   it.  The index shall specify, for each document or segregable portion thereof, at a minimum, the

4   following:

5       (a)   The author(s) of the document, to the extent indicated in the document and/or known

6   to the agency;

7       (b)   The date the document was prepared, to the extent indicated in the document and/or

8   known to the agency;

9       (c)   The addressee(s) of the document, to the extent indicated in the document and/or

10  known to the agency;

11      (d)   Any additional person(s) to whom the document was circulated or made available, to

12  the extent indicated in the document;

13      (e)   The subject matter of the document;

14      (f)   A detailed justification of the basis for each claim of exemption, including but not

15  limited to a description of the extent to which the portion withheld consists of factual materials,

16  and a detailed explanation of why withheld factual material and/or non-exempt material cannot

17  be segregated and produced, if applicable;

18      (g)   The specific claimed injury to defendant that would result from the release of the

19  document; and

20      (h)   Why the public interest does not favor disclosure of the document.

21

22  **IT IS SO ORDERED.**

23  DATED: _____, 2008

24

25                                    _____

26                                    HONORABLE MARIA-ELENA JAMES
                                      UNITED STATES DISTRICT COURT

27

28