**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| People of the State of California ex rel. Edmund G, <br><br>            Plaintiff(s), <br><br>   v. <br><br> United States Food and Drug Administration, <br><br>            Defendant(s). | 08-02741 MEJ <br><br> **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

1 copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax
2 (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
3 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
4 to an e-mail directed to adr@cand.uscourts.gov.

6     It is the responsibility of counsel to schedule an ADR Phone Conference, if
7 required, to occur <u>before</u> the Case Management Conference.

10 Dated: August 21, 2008

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-02741 MEJ                                       -2-

PROOF OF SERVICE

Case Name:      People of the State of California ex rel. Edmund G v. United States Food and Drug Administration

Case Number:    08-02741 MEJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 21, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Laura Julie Zuckerman
> State of California
> Department of Justice
> Attorney General's Office
> 1515 Clay Street, 20th Floor
> Oakland, CA 94612
> laura.zuckerman@doj.ca.gov
>
> Abraham A. Simmons
> U.S. Attorney's Office
> 450 Golden Gate Avenue
> P.O. Box 36055
> San Francisco, CA 94102
> abraham.simmons@usdoj.gov

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 21, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Lisa M. Salvetti

                _____
                ADR Administrative Assistant
                415-522-2032
                lisa_salvetti@cand.uscourts.gov