COPY

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| People of the State of California ex rel. Edmund G. Brown Jr., Attorney General of the State of California | ) |
| _____ | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| U.S. Food and Drug Administration | ) C08-02741 |
| _____ | ) |
| Defendant | ) |

*ADR*

*MEJ*

## Summons in a Civil Action

To:        U.S. Food and Drug Administration
           5600 Fishers Lane
           Rockville, MD 20857-0001

A lawsuit has been filed against you.

    Within  30*  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

        Laura J. Zuckerman
        State of California Department of Justice
        Attorney General's Office
        1515 Clay Street, 20th Floor
        Oakland, CA 94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*per 5 U.S.C. § 552(a)(4)(C)

                                           Richard W. Wieking
                                           _____
    MAY 3 0 2008                           Name of clerk of court

                                           CYNTHIA LENAHAN
Date:   _____          _____
                                           Deputy clerk's signature

_(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)_

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on   June 4, 2008
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with  _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    Civil Processing Clerk, U.S. Attorney's Office, by certified mail, depos-
    ited in the mail on 6/4/2008.

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____

    _____

    _____ .

My fees are $  0.00   for travel and $  0.00   for services, for a total of $  0.00   .

Date:   8/27/08

_____
Server's signature

**Ryan Mallard, Legal Secretary**
_____
Printed name and title

Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94610

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___June 4, 2008___ .
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
___Michael Mukasey, U.S. Attorney General, by certified mail, deposited in
the  mail on 6/4/2008.

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____
_____
_____.

My fees are $ __0.00__    for travel and $ __0.00__    for services, for a total of $ __0.00__ .

Date: __8/27/08__

Ryan Mallard
Server's signature

**Ryan Mallard, Legal Secretary**
Printed name and title

Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94610

Server's address

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___June 4, 2008___ .
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
Gerald Masoudi, Esq., Associate General Counsel, U.S. FDA, by certified mail,
deposited in the mail on 6/4/2008.

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____
_____
_____ .

My fees are $ __0.00__    for travel and $ __0.00__    for services, for a total of $ __0.00__ .

Date: __8/27/08__                         _Ryan Mallard_
                                             Server's signature

                                      Ryan Mallard, Legal Secretary
                                          Printed name and title

                                      Office of the Attorney General
                                      1515 Clay Street, 20th Floor
                                      Oakland, CA 94610

                                      _____
                                             Server's address

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on   June 4, 2008                .
by:

    (1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

       U.S. Dept. of Health & Human Services — Office of the General Counsel, by
       certified mail, deposited in the mail on 6/4/2008.

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____

_____

_____.

My fees are $   0.00          for travel and $   0.00          for services, for a total of $   0.00          .

Date:   8/27/08

_____
Server's signature

**Ryan Mallard, Legal Secretary**
Printed name and title

Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94610

_____
Server's address

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  JAMES HUMES
   Chief Deputy Attorney General
3  MATT RODRIQUEZ
   Chief Assistant Attorney General
4  KEN ALEX
   Senior Assistant Attorney General
5  EDWARD G. WEIL
   Supervising Deputy Attorney General
6  State Bar No. 138632
   LAURA J. ZUCKERMAN
7  Deputy Attorney General
   State Bar No. 161896
8    1515 Clay Street, 20th Floor
     Oakland, CA 94612
9    Telephone: (510) 622-2174
     Fax: (510) 622-2270
10   laura.zuckerman@doj.ca.gov

11  Attorneys for People of the State of California *ex rel.*
    Edmund G. Brown Jr., Attorney General of the State
12  of California

13              IN THE UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO/OAKLAND DIVISION

16
17  PEOPLE OF THE STATE OF CALIFORNIA *ex
    rel.* EDMUND G. BROWN JR., ATTORNEY
    GENERAL OF THE STATE OF CALIFORNIA,        Case No.: C08-02741 MEJ
18
                          Plaintiff,
19                                              **DECLARATION OF SERVICE BY
                      v.                        CERTIFIED MAIL**
20
    UNITED STATES FOOD & DRUG
21  ADMINISTRATION,
22                        Defendant.
23

24  / / /

25  / / /

26  / / /

27

28

Declaration of Service by Certified Mail                    Case No. C08-02742 MEJ

1

## DECLARATION OF SERVICE BY CERTIFIED MAIL

Case Name:  **PEOPLE OF THE STATE OF CALIFORNIA v. UNITED STATES FOOD & DRUG ADMINISTRATION**

Case No.:   **C08-02741 MEJ**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: P.O. Box 70550, Oakland, CA 94612-0550, addressed as follows:

On June 4, 2008, I served the attached:

**SUMMONS**

**COMPLAINT FOR INJUNCTIVE RELIEF UNDER THE FREEDOM OF INFORMATION ACT**

**CIVIL COVER SHEET**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**

**CASE MANAGEMENT STANDING ORDER - MAGISTRATE JUDGE MARIA-ELENA JAMES**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**U.S. DISTRICT COURT NORTHERN CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT**

**U.S. DISTRICT COURT SAN FRANCISCO GUIDELINES**

/ / /

/ / /

1  by placing a true copy thereof enclosed in a sealed envelope with the U.S. Postal Service,

2  addressed as follows:

3  Attorney General Michael Mukasey
   U.S. Department of Justice
4  950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

5
   United States Attorney's Office
6  Civil Processing Clerk
   450 Golden Gate Avenue
7  11th Floor
   San Francisco, CA 94102
8
   United States Department of Health &
9  Human Services
   Office of the General Counsel
10 200 Independence Avenue, S.W.
   Room 713-F
11 Washington, D.C. 20201

Gerald Masoudi, Esq.
Associate General Counsel
United States Food & Drug Administration
U.S. Department of Health & Human
Services
Food & Drug Division
5600 Fishers Lane
Room 6-57
Rockville, MD 20857

12      I declare under penalty of perjury under the laws of the State of California the foregoing

13 is true and correct and that this declaration was executed on <u>June 4, 2008</u>, at Oakland, California.

14      RYAN MALLARD

15          Declarant                                        Signature

16

17

18

19

20

21

22

23

24

25

26

27

28