1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  JAMES HUMES
   Chief Deputy Attorney General
3  J. MATTHEW RODRIQUEZ
   Acting Chief Assistant Attorney General
4  KEN ALEX
   Senior Assistant Attorney General
5  EDWARD G. WEIL
   Supervising Deputy Attorney General
6  State Bar No. 88302
   LAURA J. ZUCKERMAN
7  Deputy Attorney General
   State Bar No. 161896
8  1515 Clay Street, 20th Floor
   Oakland, CA 94612-1413
9  Telephone: 510-622-2174
   Fax: 510-622-2270
10
   Attorneys for Plaintiff People of the State of California
11 *ex rel.* Edmund G. Brown Jr., Attorney General of the
   State of California
12

13              IN THE UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO/OAKLAND DIVISION

16
   **PEOPLE OF THE STATE OF CALIFORNIA** *ex*              Case No. C08-02741 MEJ
17 *rel.* **EDMUND G. BROWN JR., ATTORNEY**
   **GENERAL OF THE STATE OF CALIFORNIA,**                 **DECLARATION OF**
18                                                         **SERVICE**
                                       Plaintiff,
19
            v.
20
   **UNITED STATES FOOD AND DRUG**
21 **ADMINISTRATION,**

22                                    Defendant.

23

24      I declare:

25      I am employed in the County of Alameda, State of California. I am a citizen of the United

26 States, over the age of eighteen, and not a party to the within action. My business address is: 1515

27 Clay Street, 20th Floor, Oakland, CA 94612-0550.

28 / / /

                                                  1
_____
Proof of Service

On August 26, 2008, I served the attached:

**1) ORDER SETTING CASE MANAGEMENT CONFERENCE (WITH ATTACHMENTS)**

**2) CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**

by placing a true copy thereof enclosed in a sealed envelope with Federal Express, addressed as follows:

Attorney General Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Abraham Simmons, Esq.
United States Attorney's Office
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Civil Processing Clerk
United States Attorney's Office
11th Floor, Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

United States Department of Health & Human Services
Office of the General Counsel
200 Independence Avenue, S.W.
Room 713-F
Washington, D.C. 20201

Gerald Masoudi, Esq.
Associate General Counsel
United States Food & Drug Administration
U.S. Department of Health & Human Services
Food & Drug Division
5600 Fishers Lane
Room 6-57
Rockville, MD 20857

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 26, 2008, at Oakland, California.

```
_____                    _____
    RYAN MALLARD                                  (signature)
       Declarant                                   Signature
```

2

Proof of Service