EDMUND G. BROWN JR.
Attorney General of the State of California
JAMES HUMES
Chief Deputy Attorney General
J. MATTHEW RODRIQUEZ
Chief Assistant Attorney General
KEN ALEX
Senior Assistant Attorney General
EDWARD G. WEIL
Supervising Deputy Attorney General
LAURA J. ZUCKERMAN
Deputy Attorney General
State Bar No. 161896
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 622-2174
  Fax: (510) 622-2270
  laura.zuckerman@doj.ca.gov
Attorneys for People of the State of California

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7264
    Facsimile:    (415) 436-6748
    Email:        abraham.simmons@usdoj.gov
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FOOD & DRUG ADMINISTRATION,<br><br>　　　　　　Defendant. | Case No. C 08-02741 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Before:　　Hon. Maria-Elena James |

The parties hereby stipulate and agree as follows:

1. Plaintiff's Motion for *Vaughn* Index filed August 13, 2008 is withdrawn.

2. Defendant shall complete its production of records responsive to plaintiff's November 9, 2007 and March 18, 2008 requests pursuant to the Freedom of Information Act on or before October 24, 2008.

3. Defendant will produce a *Vaughn* Index, listing all those documents and portions of documents it claims are exempt from disclosure, to plaintiff on or before November 7, 2008.

4. The parties shall meet and confer regarding the need for any further motions practice on or before November 14, 2008.  On or before November 18, 2008, the parties shall present to the Court a proposed schedule (or, if they are unable to agree, their respective positions regarding a proposed schedule) for filing and hearing any such motions.

Respectfully submitted,

EDMUND G. BROWN JR.  
Attorney General of the State of California

JOSEPH P. RUSSONIELLO  
United States Attorney

/s/  
LAURA J. ZUCKERMAN  
Deputy Attorney General  
Dated: September 12, 2008

/s/  
ABRAHAM A. SIMMONS  
Assistant United States Attorney  
Dated: September 12, 2008

[PROPOSED] ORDER

The Stipulation is hereby Approved:

Dated: September 24, 2008



_____  
HON. MARIA-ELENA JAMES  
Magistrate Judge  
United States District Court

Stipulation  
C 08-2741

2