1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | JAMES HUMES
Chief Deputy Attorney General
3 | J. MATTHEW RODRIQUEZ
Chief Assistant Attorney General
4 | KEN ALEX
Senior Assistant Attorney General
5 | EDWARD G. WEIL
Supervising Deputy Attorney General
6 | State Bar No. 138632
LAURA J. ZUCKERMAN
7 | Deputy Attorney General
State Bar No. 161896
8 | 1515 Clay Street, 20th Floor
Oakland, CA 94612
9 | Telephone: (510) 622-2174
Fax: (510) 622-2270
10 | laura.zuckerman@doj.ca.gov

11 | Attorneys for People of the State of California *ex rel.*
Edmund G. Brown Jr., Attorney General of the State
12 | of California

13 | IN THE UNITED STATES DISTRICT COURT

14 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA** *ex rel.* **EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,** | Case No.: C08-02741 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE MOTION SCHEDULE** |
| v. | |
| **UNITED STATES FOOD & DRUG ADMINISTRATION,** | |
| Defendant. | |

The People of the State of California, by and through Plaintiff Edmund G. Brown Jr., Attorney General of the State of California, and defendant United States Food & Drug Administration ("FDA") jointly submit this proposed schedule for upcoming motions pursuant to the Court's order filed September 24, 2008.

Stipulation and [Proposed] Order – C08-02741 MEJ

1

The parties have met and conferred, as directed by the Court, and hereby stipulate and agree as follows:

1. Plaintiff shall file its motion for supplementation of *Vaughn* index, if any, by January 15, 2009;
2. The hearing on plaintiff's motion for supplementation of *Vaughn* index, if any, shall take place on February 19, 2009;
3. The Court shall set briefing and hearing dates for cross-motions for summary judgment after it adjudicates the supplementation motion, if any; and
4. The Court shall set briefing and hearing dates for an attorneys' fee motion, if appropriate, after it adjudicates the cross-motions for summary judgment.

Respectfully submitted,

| | |
|---|---|
| EDMUND G. BROWN JR. | JOSEPH P. RUSSONIELLO |
| Attorney General of the State of California | United States Attorney |
| /s/ | /s/ |
| LAURA J. ZUCKERMAN | ABRAHAM A. SIMMONS |
| Deputy Attorney General | Assistant United States Attorney |
| Dated: November 18, 2008 | Dated: November 18, 2008 |

### [PROPOSED] ORDER

The Stipulation is hereby approved, and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: November 19, 2008

HON. MARIA ELENA-JAMES
Magistrate Judge
United States District Court

Stipulation and [Proposed] Order – C08-02741 MEJ

2