IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | No. C 08-2741 MEJ |
| Plaintiff(s), | **ORDER FOR PARTIES TO FILE JOINT STATUS REPORT** |
| vs. | |
| UNITED STATES FOOD & DRUG ADMINISTRATION, | |
| Defendant(s). | |

On February 17, 2009, the Court granted Plaintiff's motion for supplementation of Vaughn index. (Dkt. #29.) Accordingly, the Court ORDERS the parties to file a joint status report by March 18, 2009. In their report, the parties shall include a requested briefing and hearing schedule for any anticipated summary judgment motions.

**IT IS SO ORDERED.**

Dated: February 17, 2009

MARIA-ELENA JAMES
United States Magistrate Judge