EDMUND G. BROWN JR.
Attorney General of the State of California
JAMES HUMES
Chief Deputy Attorney General
J. MATTHEW RODRIQUEZ
Chief Assistant Attorney General
KEN ALEX
Senior Assistant Attorney General
EDWARD G. WEIL
Supervising Deputy Attorney General
LAURA J. ZUCKERMAN
Deputy Attorney General
State Bar No. 161896
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 622-2174
  Fax: (510) 622-2270
  laura.zuckerman@doj.ca.gov
Attorneys for People of the State of California

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

  450 Golden Gate Avenue, 9th Floor
  San Francisco, California 94102-3495
  Telephone:   (415) 436-7264
  Facsimile:    (415) 436-6748
  Email: abraham.simmons@usdoj.gov
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD & DRUG ADMINISTRATION,<br><br>              Defendant. | Case No. C 08-02741 MEJ<br><br>**JOINT STATUS REPORT** AND ORDER THEREON<br><br>Before:    Hon. Maria-Elena James |

Pursuant to this Court's February 17, 2009 Order, the parties hereby submit the following Joint Status Report:

1. In this FOIA action, the parties entered into a stipulation pursuant to which defendants disclosed certain documents and submitted a *Vaughn* Index by November 7, 2008. Plaintiff moved for supplementation of the *Vaughn* Index and on February 17, 2009, this Court granted Plaintiff's motion.

2. Pursuant to this Court's February 17, 2009, Order, Defendant timely served a supplemented index on March 10, 2009. Plaintiff is reviewing the index.

3. Plaintiff has informed defendant that plaintiff is not likely to seek further supplementation of the *Vaughn* Index. Both parties have expressed the likelihood that they will file for summary judgment.

4. The parties have conferred and have been unable to reach agreement regarding an appropriate briefing schedule. Their respective proposed schedules are set forth below:

Plaintiff's Proposed Schedule:

| Thursday, May 28, 2009 | Plaintiff to file Motion for Summary Judgment, if any. |
|---|---|
| Thursday, June 11, 2009 | Defendant to file opposition and cross-motion, if any. |
| Thursday, June 25, 2009 | Plaintiff to file reply and opposition to cross-motion, if any. |
| Thursday, July 9, 2009 | Defendant to file reply, if any. |
| Thursday, July 30, 2009 | Hearing on cross-motions. |

Plaintiff submits that its filing the first brief, which likely will address only a subset of the documents in the *Vaughn* Index, will enable the parties and the Court to narrow the issues, focusing only on the documents remaining in dispute. This will aid the interests of efficiency for both the parties and the Court.

Plaintiff intends shortly to begin meeting and conferring with defendant in an effort to resolve the matter without the need for the filing of motions.

Defendant's Proposed Schedule:

| | |
|---|---|
| March 18- May 7, 2009 | Parties to meet and confer regarding whether plaintiff will seek any further disclosure of documents or indexing |
| Thursday, May 7, 2009 | Defendant to file Motion for Summary Judgment |
| Thursday, May 28, 2009 | Plaintiff to file opposition and cross-motion, if any |
| Thursday, June 11, 2009 | Defendant to file reply in support of motion |
| Thursday, June 25, 2009 | Defendant to file opposition to cross-motion, if any |
| Thursday, July 9, 2009 | Plaintiff to file reply in support of cross-motion |
| July 10, 2009 through July 21, 2009 | Defendant requests that there be no briefing or hearings |
| Thursday, July 30, 2009 | Hearing on cross-motions |

Defendant submits that the parties should be able to meet and confer about any documents that plaintiff believes should be disclosed and that waiting until the end of May to begin briefing is not efficient.

Respectfully submitted,

EDMUND G. BROWN JR.  
Attorney General of the State of California

_____/S/_____  
LAURA J. ZUCKERMAN  
Deputy Attorney General  
Dated: March 18, 2009

JOSEPH P. RUSSONIELLO  
United States Attorney

_____/S/_____  
ABRAHAM A. SIMMONS  
Assistant United States Attorney  
Dated: March 18, 2009

The Court hereby ADOPTS Plaintiff's proposed scheduled for summary judgment briefing, and shall conduct a hearing on July 30, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: March 19, 2009

IT IS SO ORDERED  
Judge Maria-Elena James  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

Joint Status Report  
C 08-2741 MEJ