EDMUND G. BROWN JR.
Attorney General of the State of California
JAMES HUMES
Chief Deputy Attorney General
J. MATTHEW RODRIQUEZ
Chief Assistant Attorney General
KEN ALEX
Senior Assistant Attorney General
EDWARD G. WEIL
Supervising Deputy Attorney General
LAURA J. ZUCKERMAN
Deputy Attorney General
State Bar No. 161896
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone: (510) 622-2174
 Fax: (510) 622-2270
 laura.zuckerman@doj.ca.gov
Attorneys for People of the State of California

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7264
    Facsimile:    (415) 436-6748
    Email: abraham.simmons@usdoj.gov
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD & DRUG ADMINISTRATION,<br><br>Defendant. | Case No. C 08-02741 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Before: Hon. Maria-Elena James |

Whereas on March 19, 2009, defendant received additional guidance from the United States Attorney General regarding further handling of Freedom of Information Act matters

pending before federal agencies; and

    Whereas defendant is considering the application of the March 19, 2009 guidance to the above-captioned matter; and

    Whereas the due date for plaintiff to file a motion for summary judgment is May 28, 2009; and

    Whereas, if plaintiff decides to file a motion for summary judgment, such motion (or a portion of it) may become mooted if defendant concludes additional disclosures are warranted under the March 19, 2009 guidance;

    Whereas, judicial economy favors briefing of this matter after defendant makes any additional disclosures pursuant to the March 19, 2009 guidance;

    The parties therefore agree, stipulate and respectfully request that the Court issue an order making the following changes to the current scheduling order:

| | |
|---|---|
| Thursday, July 2, 2009 | Plaintiff to file Motion for Summary Judgment, if any. |
| Thursday, July 16, 2009 | Defendant to file opposition and cross-motion, if any. |
| Thursday, July 30, 2009 | Plaintiff to file reply and opposition to cross-motion, if any. |
| Thursday, August 13, 2009 | Defendant to file reply, if any. |
| Thursday, September 3, 2009 | Hearing on cross-motions. |

                                              Respectfully submitted,

EDMUND G. BROWN JR.                      JOSEPH P. RUSSONIELLO
Attorney General of the State of California      United States Attorney

    /s/                                                  /s/
LAURA J. ZUCKERMAN                       ABRAHAM A. SIMMONS
Deputy Attorney General                      Assistant United States Attorney
Dated: March 18, 2009                        Dated: March 18, 2009

**[PROPOSED] ORDER**

Good cause appearing, it is so **ORDERED.**

May 27, 2009
_____                          _____
       Date                                            Judge Maria-Elena James