EDMUND G. BROWN JR.
Attorney General of the State of California
JAMES HUMES
Chief Deputy Attorney General
J. MATTHEW RODRIQUEZ
Chief Assistant Attorney General
KEN ALEX
Senior Assistant Attorney General
EDWARD G. WEIL
Supervising Deputy Attorney General
LAURA J. ZUCKERMAN
Deputy Attorney General
State Bar No. 161896
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 622-2174
  Fax: (510) 622-2270
  laura.zuckerman@doj.ca.gov
Attorneys for People of the State of California

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

  450 Golden Gate Avenue, 9th Floor
  San Francisco, California 94102-3495
  Telephone:  (415) 436-7264
  Facsimile:  (415) 436-6748
  Email: abraham.simmons@usdoj.gov
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD & DRUG ADMINISTRATION,<br><br>Defendant. | Case No. C 08-02741 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Before: Hon. Maria-Elena James |

Whereas on March 19, 2009, defendant received additional guidance from the United States Attorney General regarding further handling of Freedom of Information Act matters

pending before federal agencies; and

Whereas defendant considered the application of the March 19, 2009 guidance to the above-captioned matter; and

Whereas defendant concluded that an additional disclosure was appropriate pursuant to the guidance and such disclosure was made June 30, 2009, and

Whereas the due date for plaintiff to file a motion for summary judgment is July 2, 2009; and

Whereas, plaintiff now must review defendant's June 30, 2009 disclosure and must decide whether to file a motion for summary judgment;

The parties therefore agree, stipulate and respectfully request that the Court issue an order making the following changes to the current scheduling order:

| | |
|---|---|
| Thursday, July 23, 2009 | Plaintiff to file Motion for Summary Judgment, if any. |
| Thursday, August 6, 2009 | Defendant to file opposition and cross-motion, if any. |
| Thursday, August 20, 2009 | Plaintiff to file reply and opposition to cross-motion, if any. |
| Thursday, September 3, 2009 | Defendant to file reply, if any. |
| Thursday, September 24, 2009 | Hearing on cross-motions. |

Respectfully submitted,

EDMUND G. BROWN JR.  
Attorney General of the State of California

JOSEPH P. RUSSONIELLO  
United States Attorney

_____/s/_____  
LAURA J. ZUCKERMAN  
Deputy Attorney General  
Dated: March 18, 2009

_____/s/_____  
ABRAHAM A. SIMMONS  
Assistant United States Attorney  
Dated: March 18, 2009

### [PROPOSED] ORDER

Good cause appearing, it is so **ORDERED.**

July 2, 2009  
_____  
Date

_____  
Judge Maria-Elena James