1    EDMUND G. BROWN JR.
     Attorney General of California
2    SANDRA GOLDBERG
     Deputy Attorney General
3    State Bar No. 138632
     LAURA J. ZUCKERMAN
4    Deputy Attorney General
     State Bar No. 161896
5     1515 Clay Street, 20th Floor
      P.O. Box 70550
6     Oakland, CA  94612-0550
      Telephone:  (510) 622-2174
7     Fax:  (510) 622-2270
      E-mail:  Laura.Zuckerman@doj.ca.gov
8    *Attorneys for People of the State of California ex rel.*
     *Edmund G. Brown Jr., Attorney General of the State*
9    *of California*

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14

15   **PEOPLE OF THE STATE OF**              Case No. C 08-02741 MEJ
     **CALIFORNIA EX REL. EDMUND G.**
16   **BROWN JR., ATTORNEY GENERAL OF**      **STIPULATION AND [PROPOSED]**
     **THE STATE OF CALIFORNIA,**            **ORDER RE DISMISSAL AND ENTRY**
17                                           **OF JUDGMENT**
                                  Plaintiff,
18                                           Date:       Not set.
          **v.**                             Time:       Not set.
19                                           Courtroom:  B, 15th Floor
                                             Judge:      Hon. Maria-Elena James
20   **UNITED STATES FOOD & DRUG**
     **ADMINISTRATION,**                     Trial Date:  Not set.
21                                           Action Filed: May 30, 2008
                                 Defendant.
22

23

24        Plaintiff People of the State of California *ex rel*. Edmund G. Brown Jr., Attorney General of

25   the State of California ("People") and defendant United States Food & Drug Administration

26   ("FDA") hereby stipulate and agree as follows:

27

28
                                              1

1    WHEREAS FDA has produced the supplemented *Vaughn* Index the Court ordered it on

2  February 17, 2009 to produce, together with documents called for by the Attorney General's

3  Freedom of Information Act request that had not been produced previously; and

4    WHEREAS the People do not intend to seek any further relief in this case; accordingly,

5    IT IS HEREBY STIPULATED by and between the parties, through their respective

6  counsel, that:

7    1.    This action shall be dismissed with prejudice, and a stipulated judgment entered;

8    2.    No party may recover any costs, attorneys' fees, or monetary recovery for this action;

9  and

10    3.    This stipulation may be signed in counterpart, and facsimile signatures shall have the

11  same force and effect as originals.

12

13    Dated:  August 5, 2009

14

15  EDMUND G. BROWN JR.                          JOSEPH P. RUSSONIELLO
    Attorney General of the State of California   United States Attorney

16

17    _____/s/_____          _____/s/_____
    LAURA J. ZUCKERMAN                          ABRAHAM A. SIMMONS

18  Deputy Attorney General                       Assistant U.S. Attorney
    Attorneys for People of the State of California   Attorneys for FDA

19  *ex rel.* Edmund G. Brown Jr., Attorney General

20    PURSUANT TO STIPULATION, IT IS SO ORDERED.   The Clerk shall close the file.

21

22

23    Dated:  August __5__, 2009

24                                        _____
                                          Honorable Maria-Elena James

25                                          Chief Magistrate Judge

26  OK2008900311

27

28

2